Jack Christopher Carswell
Box 3581
Nampa, ID 83653
carswell.chris@gmail.com
(704) 884-1512

U.S. COURTS

MAY 2 2 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Jack Christopher Carswell,<br><br>Plaintiff,<br><br>v.<br><br>NPD - Kyle Ferrari #656, Bobby Maddox #328, Erick Moore #319, Rodger Holscher #602, James Williams #372, Shepard C.R. #307, Justin Giesige #384, J. Krohn #316, Canyon County Jail Staff, et al.,<br><br>Reporting Party - Thomas E. Chevallier<br><br>Defendants. | Case No. 1:23-cv-00468-AKB<br><br>**MOTION TO REVIEW THIRD AMENDED COMPLAINT** |

Pursuant to the District Federal Rules of Civil Procedure Rule 15.2, I seek for this court to review the Third Amended Complaint.

Date: May 18, 2024

**Without Prejudice**