UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACK CHRISTOPHER CARSWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KYLE FERRARI,<br><br>　　　　Defendant. | Case No. 1:23-cv-00468-BLW-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS** |

On June 20, 2025, United States Magistrate Judge Patricco issued a Report and Recommendations (Dkt. 44), recommending that Plaintiff's Motion to Amend Pleadings and Join Parties (Dkt. 38) be denied without leave to amend.

Any party may challenge a magistrate judge's proposed recommendation by filing written objections within fourteen days after being served with a copy of the Magistrate Judge's Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) (C). The district court must then "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the Magistrate Judge. *Id.*; *see also* Fed. R. Civ. P. 72(b).

No objections to the report and recommendations were filed and the time for doing so has passed. The Court has reviewed the Report and Recommendations, the parties' briefing on the Motion, and the entire record in this matter. Based upon this review, the Court finds the Report and Recommendations has correctly decided the Motion.

## ORDER

**IT IS ORDERED:**

1. The Report and Recommendations entered on June 20, 2025 (Dkt. 44) is INCORPORATED and ADOPTED in its entirety.

2. Plaintiff's Motion to Amend Pleadings and Join Parties (Dkt. 38) is denied without leave to amend.

DATED: July 8, 2025

_____
B. Lynn Winmill
U.S. District Court Judge