UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACK CHRISTOPHER CARSWELL,<br><br>Plaintiff,<br><br>v.<br><br>KYLE FERRARI,<br><br>Defendant. | Case No. 1:23-cv-00468-BLW-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by United States Magistrate Judge Raymond E. Patricco on July 11, 2025 (Dkt. 46), in which Judge Patricco recommended that the Court grant Defendant Kyle Ferrari's Motion for Summary Judgment (Dkt. 40) and Motion to Take Judicial Notice (Dkt. 41). The Court will adopt the Report and Recommendation in its entirety.

Any party may challenge a magistrate judge's proposed recommendation by filing written objections within fourteen days after being served with a copy of the Magistrate Judge's Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) (C). The district court must then "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the Magistrate Judge. *Id.*; *see also* Fed. R.

Civ. P. 72(b).

No objections to the report and recommendation were filed and the time for doing so has passed. The Court has reviewed the Report and Recommendation, the filings, and the entire record in this matter. Based upon this review, the Court finds Judge Patricco has correctly decided the Motions, as reflected in the Report and Recommendation.

## ORDER

**IT IS ORDERED:**

1. The Report and Recommendation entered on July 11, 2025 (Dkt. 46) is INCORPORATED and ADOPTED in its entirety.

2. Defendant's Motion for Summary Judgment (Dkt. 40) is GRANTED.

3. Defendant's Motion to Take Judicial Notice (Dkt. 41) is GRANTED.

DATED: July 28, 2025

B. Lynn Winmill
U.S. District Court Judge